IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUCIO ORTIZ-CONTRERAS, : CIVIL NO. 1:13-CV-1454
:
    Petitioner : (Judge Rambo)
:
v. :
:
WARDEN J.E. THOMAS, :
:
    Respondent :

FILED
HARRISBURG, PA
JAN 14 2014
Gary L. Hollinger,
Acting Clerk

## O R D E R

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) The motion to alter, amend, or reconsider judgment (Doc. 11) is **GRANTED**.

2) The Clerk of Court is directed to **VACATE** the court's order dated June 11, 2013 (Doc. 10), to the extent that the petition for writ of habeas corpus is dismissed for lack of standing. The remaining portions of that order (Doc. 10) shall **REMAIN IN EFFECT**.

3) The Clerk of Court is directed to **REOPEN** this case.

4) The Clerk of Court is directed to serve a copy of the petition (Doc. 1), Petitioner's declaration (Doc. 7), exhibits (Doc. 9), the court's order dated June 11, 2013 (Doc. 10), and this order on Respondent and the United States Attorney,

5) Within twenty (20) days of the date of this order, Respondent shall show cause why Petitioner should not be granted habeas corpus relief,

6) A determination as to whether or not Petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response, and

7) Petitioner shall, if he so desires, file a reply brief within fifteen (15) days of the filing date of the Respondent's filings.

8) Inmate Jose Cristobal Cardona is not permitted to litigate this matter on behalf of Petitioner.

SYLVIA H. RAMBO
United States District Judge

Dated: January 14, 2014.